**DENISE TAYLOR**   *   NO. 2024-CA-0365

**VERSUS**   *   **COURT OF APPEAL**

**ROBERT NEILL, JR.**   *   **FOURTH CIRCUIT**

   *   **STATE OF LOUISIANA**

   *

   *

* * * * * * *

DNA

**ATKINS, J., CONCURS IN THE RESULT.**